NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTOR LAMAR DOZIER,  )
DOC #C06165,  )
         )
      Appellant,  )
         )
v.  )     Case No. 2D18-26
         )
STATE OF FLORIDA,  )
         )
      Appellee.  )
_____)

Opinion filed March 6, 2019.

Appeal from the Circuit Court for
Hillsborough County; Kimberly Fernandez
and Christopher C. Sabella, Judges.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      Affirmed.

CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.